Exhibit G

Информационная выписка №76852 от 18.03.2008 г.
на основании сведений, содержащихся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

Сведения предоставляются на основании Решения
межрегиональной инспекции ФНС России по ЦОД
№1967 от 14 ноября 2007 года о предоставлении ООО
«Справочная Служба Юридических Лиц» доступа к
сведениям, содержащимся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

## Основные сведения о ЮЛ

| 1. ОГРН | 5077746429701 |
|---|---|
| ИНН | 7725601259 |
| Полное наименование | Общество с ограниченной ответственностью "Промнефтьстрой" |
| Сокращенное наименование | ООО "Промнефтьстрой" |
| Фирменное наименование | Общество с ограниченной ответственностью "Промнефтьстрой" |
| ОПФ | Общество с ограниченной ответственностью |
| Сведения о состоянии юр.лица | Действующее |

## Адрес (место нахождения) ЮЛ

| 1. ОГРН | 5077746429701 |
|---|---|
| Полное наименование | Общество с ограниченной ответственностью "Промнефтьстрой" |
| Наименование органа (лица) | |
| Адрес (место нахождения) юр.лица | 115470,Город Москва, , , ,Улица Судостроительная,15,СТР.2, |
| Код города | 495 |
| Телефон | 9378270 |
| Факс | |
| Дата внесения записи в ЕГРЮЛ | 17.10.2007 |
| ГРН | 2077761429777 |

## Сведения об уставном капитале

| 1. Размер (в рублях) | 10000 |
|---|---|
| Вид капитала | Уставный капитал |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

Информационная выписка №76852 от 18.03.2008 г.
на основании сведений, содержащихся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

Сведения предоставляются на основании Решения
межрегиональной инспекции ФНС России по ЦОД
№1967 от 14 ноября 2007 года о предоставлении ООО
«Справочная Служба Юридических Лиц» доступа к
сведениям, содержащимся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

### Сведения о состоянии юридического лица

| 1. Сведения о состоянии ЮЛ | Действующее |
|---|---|
| Код регоргана | 77066 |
| Наименование регоргана | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

### Сведения об образовании юридического лица

| 1. Способ образования | Государственная регистрация юридического лица при создании |
|---|---|
| Дата регистрации | 28.03.2007 |
| ОГРН | 5077746429701 |
| Регномер до 01.07.2002 | |
| Код регоргана | 77066 |
| Наименование регоргана | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |

### Сведения о прекращении деятельности

### Сведения об учредителях - Российских ЮЛ

### Сведения об учредителях - иностранных ЮЛ

| 1. Полное наименование учредителя (участника) - юр.лица | Общество с ограниченной ответственностью "Кирван Офисес С.а.р.л." |
|---|---|
| Размер вклада (в рублях) | 10000 |
| Страна регистрации (инкорпорации) | Великое Герцогство Люксембург |
| Дата регистрации в стране регистрации (инкорпорации) | 28.02.2007 |
| Регистрационный номер | B 125237 |
| Наименование регистрирующего органа | Реестр торговли и обществ, Люксембург |

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| Место нахождения в стране регистрации (инкорпорации) | 47 Бульвар Ройаль, L-2449, Люксембург |
|---|---|
| ОГРН учрежденного ЮЛ | 5077746429701 |
| Полное наименование учрежденного ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |
| Дата внесения записи в ЕГРЮЛ | 06.09.2007 |
| ГРН | 2077759843302 |

**Сведения об учредителях - физических лицах**

**Сведения о держателе реестра акционеров АО**

**Сведения о юр.лицах - предшественниках при реорганизации**

**Сведения о юр.лицах - преемниках при реорганизации**

**Сведения о физ.лицах, имеющих право действовать без доверенности**

| 1. Должность | Генеральный директор |
|---|---|
| Фамилия | ЕЛИСЕЕВ |
| Имя | ВИТАЛИЙ |
| Отчество | МИХАЙЛОВИЧ |
| ИНН | |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |
| Дата внесения записи в ЕГРЮЛ | 20.08.2007 |
| ГРН | 2077759233320 |

**Сведения об управляющей компании**

**Сведения о филиалах юр.лица**

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

**Сведения о представительствах юр.лица**

**Сведения о видах экономической деятельности**

| 1. Код по ОКВЭД | 74.12.1 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Деятельность в области бухгалтерского учета |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 2. Код по ОКВЭД | 74.12.2 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Аудиторская деятельность |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 3. Код по ОКВЭД | 74.13.2 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Деятельность по изучению общественного мнения |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 4. Код по ОКВЭД | 74.14 |
|---|---|
| Тип | Основной вид деятельности |
| Наименование вида деятельности | Консультирование по вопросам коммерческой деятельности и управления |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 5. Код по ОКВЭД | 74.13.1 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Исследование конъюнктуры рынка |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| 6. Код по ОКВЭД | 74.40 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Рекламная деятельность |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 7. Код по ОКВЭД | 74.50 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Найм рабочей силы и подбор персонала |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 8. Код по ОКВЭД | 74.84 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Предоставление прочих услуг |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 9. Код по ОКВЭД | 51.7 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Прочая оптовая торговля |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

| 10. Код по ОКВЭД | 22.1 |
|---|---|
| Тип | Дополнительный вид деятельности |
| Наименование вида деятельности | Издательская деятельность |
| Дата внесения записи в ЕГРЮЛ | 28.03.2007 |
| ГРН | 5077746429701 |

### Сведения о постановке на учет в налоговом органе

| 1. ИНН | 7725601259 |
|---|---|
| КПП | 772501001 |
| Дата постановки на учет в | 28.03.2007 |

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| налоговом органе | |
|---|---|
| Дата снятия с учета | |
| Код налогового органа | 7725 |
| Наименование налогового органа | Инспекция Федеральной налоговой службы №25 по г.Москве |
| Дата внесения записи в ЕГРЮЛ | 17.10.2007 |
| ГРН | 2077761429777 |

**Сведения о регистрации в ПФ России**

| 1. ОГРН | 5077746429701 |
|---|---|
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтъстрой" |
| Регномер ПФ | 087617040775 |
| Дата регистрации | 29.03.2007 |
| Дата снятия с учета | |
| Наименование территориального органа ПФ | Государственное учреждение - Главное Управление Пенсионного фонда РФ №8 Управление №1 муниципальный район Донской г.Москвы |
| Дата внесения записи в ЕГРЮЛ | 30.03.2007 |
| ГРН | 8077746822453 |

**Сведения о регистрации в ФСС России**

| 1. ОГРН | 5077746429701 |
|---|---|
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтъстрой" |
| Регномер ФСС | 772203498177221 |
| Дата первичной регистрации | 30.12.1899 |
| Дата регистрации | 29.03.2007 |
| Дата снятия с учета | |
| Наименование исполнительного органа ФСС | Филиал №22 Государственного учреждения - Московского регионального отделения Фонда социального страхования Российской Федерации |
| Дата внесения записи в ЕГРЮЛ | 30.03.2007 |
| ГРН | 8077746809418 |

**Сведения о регистрации в ФОМС России**

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| 1. ОГРН | 5077746429701 |
|---|---|
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |
| Регномер ФОМС | 456250700479217 |
| Дата регистрации | 29.03.2007 |
| Дата снятия с учета | |
| Наименование территориального ФОМС | Московский городской фонд обязательного медицинского страхования |
| Дата внесения записи в ЕГРЮЛ | 30.03.2007 |
| ГРН | 8077746803401 |

**Сведения о лицензиях**

**Сведения о записях в ЕГРЮЛ**

| 1. ГРН | 5077746429701 |
|---|---|
| Дата внесения записи | 28.03.2007 |
| Событие, с которым связано внесение записи | Государственная регистрация юридического лица при создании |
| Наименование региона, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 2. ГРН | 2077761429777 |
|---|---|
| Дата внесения записи | 17.10.2007 |
| Событие, с которым связано внесение записи | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, связанных с внесением изменений в учредительные документы, на основании заявления |
| Наименование региона, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 3. ГРН | 2077759843324 |
|---|---|
| Дата внесения записи | 06.09.2007 |
| Событие, с которым связано внесение записи | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре |

Информационная выписка №76852 от 18.03.2008 г.
на основании сведений, содержащихся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

Сведения предоставляются на основании Решения
межрегиональной инспекции ФНС России по ЦОД
№1967 от 14 ноября 2007 года о предоставлении ООО
«Справочная Служба Юридических Лиц» доступа к
сведениям, содержащимся в базе ЕГРЮЛ
межрегиональной инспекции ФНС России
по централизованной обработке данных

|  | юридических лиц, связанных с внесением изменений в учредительные документы, на основании заявления |
|---|---|
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 4. ГРН | 2077759233330 |
|---|---|
| Дата внесения записи | 20.08.2007 |
| Событие, с которым связано внесение записи | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, связанных с внесением изменений в учредительные документы, на основании заявления |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 5. ГРН | 2077759843302 |
|---|---|
| Дата внесения записи | 06.09.2007 |
| Событие, с которым связано внесение записи | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, не связанных с внесением изменений в учредительные документы |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 6. ГРН | 2077759233320 |
|---|---|
| Дата внесения записи | 20.08.2007 |
| Событие, с которым связано внесение записи | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, не связанных с внесением изменений в учредительные документы |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| 7. ГРН | 8077746734629 |
|---|---|
| Дата внесения записи | 28.03.2007 |
| Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений об учете юридического лица в налоговом органе |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 8. ГРН | 8077746822453 |
|---|---|
| Дата внесения записи | 30.03.2007 |
| Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 9. ГРН | 8077746809418 |
|---|---|
| Дата внесения записи | 30.03.2007 |
| Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |
| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |

| 10. ГРН | 8077746803401 |
|---|---|
| Дата внесения записи | 30.03.2007 |
| Событие, с которым связано внесение записи | Внесение в Единый государственный реестр юридических лиц сведений о регистрации юридического лица в качестве страхователя в территориальном фонде обязательного медицинского страхования |
| Наименование регоргана, в котором внесена запись | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующая запись |
| ОГРН | 5077746429701 |

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| Полное наименование ЮЛ | Общество с ограниченной ответственностью "Промнефтьстрой" |
|---|---|

## Сведения о выданных свидетельствах

| 1. Номер свидетельства | 009220658 |
|---|---|
| Серия свидетельства | 77 |
| Дата выдачи | 17.10.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 2077761429777 |

| 2. Номер свидетельства | 008228296 |
|---|---|
| Серия свидетельства | 77 |
| Дата выдачи | 06.09.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 2077759843324 |

| 3. Номер свидетельства | 008228295 |
|---|---|
| Серия свидетельства | 77 |
| Дата выдачи | 06.09.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 2077759843302 |

| 4. Номер свидетельства | 008766966 |
|---|---|
| Серия свидетельства | 77 |
| Дата выдачи | 20.08.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 2077759233330 |

| 5. Номер свидетельства | 008766965 |
|---|---|
| Серия свидетельства | 77 |
| Дата выдачи | 20.08.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 2077759233320 |

| 6. Номер свидетельства | 008977935 |
|---|---|

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекция ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставления ООО «Справочная Служба Юридических Лиц» доступа в сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

| Серия свидетельства | 77 |
|---|---|
| Дата выдачи | 28.03.2007 |
| Наименование регоргана, выдавшего свидетельство | Межрайонная инспекция Федеральной налоговой службы №46 по г. Москве. |
| Статус | Действующее свидетельство |
| ГРН | 5077746429701 |

1. Под организационно-правовой формой понимается способ закрепления и использования имущества хозяйствующим субъектом и вытекающие из этого его правовое положение и цели предпринимательской деятельности.

2. В соответствии с п.2 ст.54 ГК РФ место нахождения юридического лица определяется местом его государственной регистрации. Государственная регистрация юридического лица осуществляется по месту нахождения его постоянно действующего исполнительного органа, а в случае отсутствия постоянно действующего исполнительного органа - иного органа или лица, имеющих право действовать от имени юридического лица без доверенности

3. Размер уставного капитала открытого акционерного общества (ОАО) должен быть не менее 1000-кратного МРОТ, а закрытого акционерного общества (ЗАО) - не менее 100-кратного размера МРОТ;
Размер уставного капитала ООО должен быть не менее 100 МРОТ;
Минимальный уставный капитал народного предприятия должен составлять не менее 1000-кратного МРОТ;
Минимальный размер уставного капитала страховщика определяется на основе базового размера его уставного капитала, равного 30 миллионам рублей, и коэффициентов, установленных ст.25 Закона РФ от 27 ноября 1992 г. N 4015-I «Об организации страхового дела в РФ»;
Размер уставного фонда государственного предприятия должен составлять не менее чем пять тысяч МРОТ

4. Реорганизация юридического лица может осуществляться в форме:

- Преобразования;
- Слияния
- Разделения
- Выделения
- Присоединения

5. Ликвидация юридического лица считается завершенной, а юридическое лицо - прекратившим свою деятельность после внесения об этом записи в единый государственный реестр юридических лиц

6. В соответствии со ст.49 ГК РФ право юридического лица осуществлять деятельность, на занятие которой необходимо получение лицензии, возникает с момента получения такой лицензии или в указанный в ней срок и прекращается по истечении срока ее действия, если иное не установлено законом или иными правовыми актами.

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональная инспекция ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Предоставляемые сведения, в соответствии с законодательством Российской Федерации, в правовом смысле, являются открытыми и общедоступными.

Предоставленные сведения содержатся в базе данных ЕГРЮЛ межрегиональной ФНС России по централизованной обработке данных на 18.03.2008г.

Возможное несоответствие содержащихся сведений может свидетельствовать о задержке передачи данных районной ИФНС в межрегиональную ФНС России по централизованной обработке данных.

Информационная выписка №76852 от 18.03.2008 г. на основании сведений, содержащихся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Сведения предоставляются на основании Решения межрегиональной инспекции ФНС России по ЦОД №1967 от 14 ноября 2007 года о предоставлении ООО «Справочная Служба Юридических Лиц» доступа к сведениям, содержащимся в базе ЕГРЮЛ межрегиональной инспекции ФНС России по централизованной обработке данных

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE [Unified State Register of Legal Entities] maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

### Basic Information about Legal Entity

| 1. OGRN [Primary state registration number] | 5077746429701 |
|---|---|
| INN [Taxpayer ID number] | 7725601259 |
| Full name | Limited Liability Company Promneftstroy |
| Abbreviated name | Promneftstroy LLC |
| Trade name | Limited Liability Company Promneftstroy |
| OPF [Legal structure] | Limited liability company |
| Legal entity status | Operating |

### Address (Locations) of Legal Entity

| 1. OGRN | 5077746429701 |
|---|---|
| Full name | Limited Liability Company Promneftstroy |
| Name of body (individual) | |
| Legal entity address (location) | 115470, Moscow,,,, Ul. Sudostroitelnaya 15, Str. 2 |
| City code | 495 |
| Telephone | 9378270 |
| Fax | |
| Date entered in USRLE | October 17, 2007 |
| GRN [State registration number] | 2077761429777 |

### Information about Registered Capital

| 1. Amount (in RUB) | 10,000 |
|---|---|
| Type of capital | Registered capital |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

**Information on Status of Legal Entity**

| 1. Information about status of legal entity | Operating |
|---|---|
| Registration authority code | 77066 |
| Registration authority name | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

**Information about Incorporation of Legal Entity**

| 1. Means of incorporation | State registration of legal entity upon founding |
|---|---|
| Registration date | March 28, 2007 |
| OGRN | 5077746429701 |
| Registration number prior to July 1, 2002 | |
| Registration authority code | 77066 |
| Registration authority name | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |

**Information about Termination of Operations**

**Information about Founders – Russian Legal Entities**

**Information about Founders – Foreign Legal Entities**

| 1. Full name of legal entity founder (participant) | Limited Liability Company Kirvan Offices SARL |
|---|---|
| Amount of contribution (in RUB) | 10,000 |
| Country of registration (incorporation) | Grand Duchy of Luxembourg |
| Date registered in country of registration (incorporation) | February 28, 2007 |
| Registration number | B 125237 |
| Name of registration authority | Luxembourg Trade and Companies Register |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

| Location in country of registration (incorporation) | 47 Boulevard Royal, L-2449, Luxembourg |
|---|---|
| OGRN of legal entity founded | 5077746429701 |
| Full name of legal entity founded | Limited Liability Company Promneftstroy |
| Date entered in the USRLE | September 6, 2007 |
| GRN | 2077759843302 |

**Information about Founders – Individuals**

**Information about Maintenance of JSC Shareholder Register**

**Information about Legal Entities – Predecessors if Reorganized**

**Information about Legal Entities – Successors if Reorganized**

**Information about Individuals Empowered to Act without Power of Attorney**

| 1. Title | Director General |
|---|---|
| Last name | YELISEYEV |
| First name | VITALY |
| Patronymic | MIKHAILOVICH |
| INN | |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |
| Date entered in the USRLE | August 20, 2007 |
| GRN | 2077759233320 |

**Information about Managing Company**

**Information about Branch Offices of Legal Entity**

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE
maintained by the Inter-Regional Inspectorate for Centralized Data
Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated
November 14, 2007 by the Inter-Regional Inspectorate for
Centralized Data Processing under the Federal Tax Service of Russia
to provide Information Service for Legal Entities LLC with access to
the information contained in the database of the USRLE, maintained
by the Inter-Regional Inspectorate for Centralized Data Processing
under the Federal Tax Service of Russia

**Information about Representative Offices of Legal Entity**

**Information about Types of Economic Activity**

| 1. OKVED Code | 74.12.1 |
|---|---|
| Type | Secondary activity |
| Description of activity | Accounting |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 2. OKVED Code | 74.12.2 |
|---|---|
| Type | Secondary activity |
| Description of activity | Auditing |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 3. OKVED Code | 74.13.2 |
|---|---|
| Type | Secondary activity |
| Description of activity | Study of public opinion |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 4. OKVED Code | 74.14 |
|---|---|
| Type | Primary activity |
| Description of activity | Commercial and management consulting |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 5. OKVED Code | 74.13.1 |
|---|---|
| Type | Secondary activity |
| Description of activity | Study of market conditions |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE
maintained by the Inter-Regional Inspectorate for Centralized Data
Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated
November 14, 2007 by the Inter-Regional Inspectorate for
Centralized Data Processing under the Federal Tax Service of Russia
to provide Information Service for Legal Entities LLC with access to
the information contained in the database of the USRLE, maintained
by the Inter-Regional Inspectorate for Centralized Data Processing
under the Federal Tax Service of Russia

| 6. OKVED Code | 74.40 |
|---|---|
| Type | Secondary activity |
| Description of activity | Advertising |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 7. OKVED Code | 74.50 |
|---|---|
| Type | Secondary activity |
| Description of activity | Hiring and recruiting |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 8. OKVED Code | 74.84 |
|---|---|
| Type | Secondary activity |
| Description of activity | Provision of miscellaneous services |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 9. OKVED Code | 51.7 |
|---|---|
| Type | Secondary activity |
| Description of activity | Miscellaneous wholesaling |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

| 10. OKVED Code | 22.1 |
|---|---|
| Type | Secondary activity |
| Description of activity | Publishing |
| Date entered in the USRLE | March 28, 2007 |
| GRN | 5077746429701 |

## Information about Tax Registration

| 1. INN | 7725601259 |
|---|---|
| KPP | 772501001 |
| Date registered with | March 28, 2007 |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE
maintained by the Inter-Regional Inspectorate for Centralized
Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated
November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data
Processing under the Federal Tax Service of Russia to provide Information
Service for Legal Entities LLC with access to the information contained in
the database of the USRLE, maintained by the Inter-Regional Inspectorate
for Centralized Data Processing under the Federal Tax Service of Russia

| Tax authority | |
|---|---|
| Deregistration date | |
| Tax authority code | 7725 |
| Name of tax authority | Federal Tax Service Inspectorate N 25 for the city of Moscow |
| Date entered in the USRLE | October 17, 2007 |
| GRN | 2077761429777 |

**Information about Registration with Pension Fund of Russia**

| 1. OGRN | 5077746429701 |
|---|---|
| Full name of legal entity | Limited Liability Company Promneftstroy |
| Pension Fund registration number | 087617040775 |
| Registration date | March 29, 2007 |
| Deregistration date | |
| Name of regional Pension Fund branch | State Institution – Chief Directorate N 8 of the Pension Fund of Russia, Directorate N 1, Donskoy municipal district, Moscow |
| Date entered in the USRLE | March 30, 2007 |
| GRN | 8077746822453 |

**Information about Registration with Social Insurance Fund of Russia**

| 1. OGRN | 5077746429701 |
|---|---|
| Full name of legal entity | Limited Liability Company Promneftstroy |
| Social Insurance Fund registration number | 772203498177221 |
| Initial registration date | December 30, 1899 [sic] |
| Registration date | March 29, 2007 |
| Deregistration date | |
| Name of Social Insurance Fund executive body | Branch N 22 of State Institution – Moscow Regional Department of the Social Insurance Fund of the Russian Federation |
| Date entered in the USRLE | March 30, 2007 |
| GRN | 8077746809418 |

**Information about Registration with Mandatory Health Insurance Fund of Russia**

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

| 1. OGRN | 5077746429701 |
|---|---|
| Full name of legal entity | Limited Liability Company Promneftstroy |
| Mandatory Health Insurance Fund registration number | 456250700479217 |
| Registration date | March 29, 2007 |
| Deregistration date | |
| Name of regional Mandatory Health Insurance Fund branch | Moscow Municipal Fund for Mandatory Health Insurance |
| Date entered in the USRLE | March 30, 2007 |
| GRN | 8077746803401 |

**Information about Licenses**

**Information about Entries in the USRLE**

| 1. GRN | 5077746429701 |
|---|---|
| Date entered in register | March 28, 2007 |
| Action causing entry | State registration of legal entity upon founding |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| 2. GRN | 2077761429777 |
|---|---|
| Date entered | October 17, 2007 |
| Action causing entry | Amendments to information about legal entity in the Unified State Register of Legal Entities due to changes in founding documents; in response to request |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| 3. GRN | 2077759843324 |
|---|---|
| Date entered | September 6, 2007 |
| Action causing entry | Amendments to information about legal entity contained in the Unified Register |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

| | of legal entities due to changes in founding documents; in response to request |
|---|---|
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| **4. GRN** | **2077759233330** |
|---|---|
| Date entered | August 20, 2007 |
| Action causing entry | Amendments to information about legal entity in the Unified State Register of Legal Entities due to changes in founding documents; in response to request |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| **5. GRN** | **2077759843302** |
|---|---|
| Date entered | September 6, 2007 |
| Action causing entry | Amendments to information about legal entity in the Unified State Register of Legal Entities due to changes in founding documents |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| **6. GRN** | **2077759233320** |
|---|---|
| Date entered | August 20, 2007 |
| Action causing entry | Amendments to information about legal entity in the Unified State Register of Legal Entities due to changes in founding documents |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

**Information Statement N 76852 dated March 18, 2008**
**From information contained in the database of the USRLE**
**maintained by the Inter-Regional Inspectorate for Centralized Data**
**Processing under the Federal Tax Service of Russia**

**This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia**

| 7. GRN | 8077746734629 |
|---|---|
| Date entered | March 28, 2007 |
| Action causing entry | Entry of tax registration information for legal entity in the Unified State Register of Legal Entities |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| 8. GRN | 8077746822453 |
|---|---|
| Date entered | March 30, 2007 |
| Action causing entry | Entry in the Unified State Register of Legal Entities of information about legal entity's registration as insurer with regional branch of the Pension Fund of the Russian Federation |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| 9. GRN | 8077746809418 |
|---|---|
| Date entered | March 30, 2007 |
| Action causing entry | Entry in the Unified State Register of Legal Entities of information about legal entity's registration as insurer with executive body of the Social Insurance Fund of the Russian Federation |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |
| Full name of legal entity | Limited Liability Company Promneftstroy |

| 10. GRN | 8077746803401 |
|---|---|
| Date entered | March 30, 2007 |
| Action causing entry | Entry in the Unified State Register of Legal Entities of information about legal entity's registration as insurer with regional branch of the Mandatory Health Insurance Fund |
| Name of registration authority making entry | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current entry |
| OGRN | 5077746429701 |

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE
maintained by the Inter-Regional Inspectorate for Centralized Data
Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated
November 14, 2007 by the Inter-Regional Inspectorate for
Centralized Data Processing under the Federal Tax Service of Russia
to provide Information Service for Legal Entities LLC with access to
the information contained in the database of the USRLE, maintained
by the Inter-Regional Inspectorate for Centralized Data Processing
under the Federal Tax Service of Russia

| Full name of legal entity | Limited Liability Company Promneftstroy |
|---|---|

## Information about Certificates Issued

| 1. Certificate number | 009220658 |
|---|---|
| Certificate series | 77 |
| Date of issue | October 17, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 2077761429777 |

| 2. Certificate number | 008228296 |
|---|---|
| Certificate series | 77 |
| Date of issue | September 6, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 2077759843324 |

| 3. Certificate number | 008228295 |
|---|---|
| Certificate series | 77 |
| Date of issue | September 6, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 2077759843302 |

| 4. Certificate number | 008766966 |
|---|---|
| Certificate series | 77 |
| Date of issue | August 20, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 2077759233330 |

| 5. Certificate number | 008766965 |
|---|---|
| Certificate series | 77 |
| Date of issue | August 20, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 2077759233320 |

| 6. Certificate number | 008977935 |
|---|---|

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE
maintained by the Inter-Regional Inspectorate for Centralized Data
Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated
November 14, 2007 by the Inter-Regional Inspectorate for
Centralized Data Processing under the Federal Tax Service of Russia
to provide Information Service for Legal Entities LLC with access to
the information contained in the database of the USRLE, maintained
by the Inter-Regional Inspectorate for Centralized Data Processing
under the Federal Tax Service of Russia

| Certificate series | 77 |
|---|---|
| Date of issue | March 28, 2007 |
| Name of registration authority issuing certificate | Inter-Regional Inspectorate N 46 for the city of Moscow, under the Federal Tax Service |
| Status | Current certificate |
| GRN | 5077746429701 |

1. Legal structure is defined as the means by which a business entity holds and uses its property, and the resulting legal status and business goals of the entity.

2. Under Article 54(2) of the Russian Federation Civil Code, the location of a legal entity is defined as its place of state registration. State registration of a legal entity is performed at the location of its continually functioning executive body; if there is no continually functioning executive body, then registration is performed at the location of the body or other person that has the right to act on behalf of the legal entity without power of attorney.

3. The registered capital of an open joint stock company (OJSC) must be at least 1,000 times the MROT [minimum wage benchmark]; the registered capital for a closed joint stock company (CJSC) must be at least 100 times the MROT;
The registered capital for an LLC must be at least 100 times the MROT;
The minimum registered capital for a socially-owned enterprise must be at least 1,000 times the MROT;
The minimum registered capital for an insurer is determined using the base registered capital RUB 30,000,000 and the coefficients established in Article 25 of RF Law N 4015-I dated November 27, 1992 "On the Insurance Business in the Russian Federation;"
The registered fund of a state-owned enterprise must be at least five thousand times the MROT

4. A legal entity may be reorganized as follows:

- Transformation
- Merger
- Division
- Demerger
- Acquisition

5. Liquidation of a legal entity is deemed to be complete and the legal entity is deemed to have terminated its operations following entry to such effect in the Unified State Register of Legal Entities

6. Under Article 49 of the Russian Federation Civil Code, a legal entity's right to engage in activity requiring a license arises when the license is obtained or on the date specified in such license and terminates upon expiry of the license, unless otherwise established by law or other regulation.

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is legally open and public under Russian Federation law.

This information is contained in the USRLE database maintained by the inter-regional Federal Tax Service of Russia for centralized data processing as of March 18, 2008.

Potential discrepancies in this information may indicate a delay in the transfer of data from the regional Inspectorate of the Federal Tax Service to the inter-regional Federal Tax Service of Russia for centralized data processing.

Information Statement N 76852 dated March 18, 2008
From information contained in the database of the USRLE maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia

This information is provided in the basis of Resolution N 1967 dated November 14, 2007 by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia to provide Information Service for Legal Entities LLC with access to the information contained in the database of the USRLE, maintained by the Inter-Regional Inspectorate for Centralized Data Processing under the Federal Tax Service of Russia