Exhibit H

Page 1/3

**Registre de Commerce et des Sociétés**
Luxembourg



# EXTRAIT

Kirwan Offices S.à r.l.

**Numéro d'immatriculation :** B 125237
**Date d'immatriculation/d'inscription :** 21/03/2007

**Dénomination(s) ou raison(s) sociale(s) :**
Kirwan Offices S.à r.l.

**Forme juridique :** Société à responsabilité limitée

**Siège social :**
47, Boulevard Royal
L - 2449 Luxembourg

**Indication de l'objet social :** La Société a pour objet la prise de participations, sous quelque forme que ce soit, dans des sociétés luxembourgeoises ou étrangères, ainsi qu'auprès d'autres entités commerciales, l'acquisition par achat, par souscription ou de toute autre manière ainsi que l'aliénation par vente, échange ou de toute autre manière d'actions, d'obligations, de créances, de titres et d'autres valeurs de toutes espèces, et la possession, l'administration, le développement et la gestion de son portefeuille. La Société pourra également détenir des participations dans d'autres sociétés et exercer son activité à travers ses filiales au Luxembourg ou à l'étranger. La Société pourra emprunter sous toute forme et procéder à travers des placements privés à l'émission d'obligations et autres titres de créances. "..." (*)

**Capital social / fonds social :**

Montant : 2.500.001 USD

Etat de libération: Entièrement libéré

**Date de constitution :** 28/02/2007

**Durée :**
Illimitée

**Exercice social :**
Par exception, l'exercice social ayant débuté en date du 28/02/2007 se terminera en date du 31/12/2007.
Du: 01/01 au: 31/12

**Associé(s) :**

Page 2/3

Dénomination ou raison sociale : Lapidem Limited
Forme juridique : Limited
Pays : Caïmanes, Iles
Numéro d'immatriculation : WK-193850
Nom du registre : Registre de Commerce des Iles Caymans
Siège social de la personne morale :
87, NMary Street, KY - 1-9001 George Town, Grand Cayman
Parts détenues : 840.000 parts sociales de classe B1
40.000 parts sociales de classe B2
40.000 parts sociales de classe B3
40.000 parts sociales de classe B4
40.000 parts sociales de classe B5

Dénomination ou raison sociale : Mascini Holdings Limited
Forme juridique : Limited
Pays : Chypre
Numéro d'immatriculation : HE140079
Nom du registre : Registre des Sociétés de Nicosia
Siège social de la personne morale :
2.4, Arch Makariou III, Capital Center, CY - PC1505 Nicosia
Parts détenues : 1.260.000 parts sociales de classe A1
60.000 parts sociales de classe A2
60.000 parts sociales de classe A3
60.000 parts sociales de classe A4
60.000 parts sociales de classe A5

Nom : LYNCH Prénom(s) : Stephen
Adresse privée ou professionnelle de la personne physique :
12, Letnikovskaya Ulitsa, #11/10, Bldg 12., RUS - 115114 Moscou
Parts détenues : 1 part sociale de classe C


## Administrateur(s)/gérant(s) :

Régime de signature statutaire : La Société sera engagée par la signature individuelle d'un seul gérant, le cas échéant, et en cas d'un conseil de gérance, par la signature conjointe de deux gérants, étant entendu cependant que si l'assemblée générale des associés a nommé différentes classes de gérants (à savoir les gérants de classe A et les gérants de classe B), la Société ne sera valablement engagée que par la signature conjointe d'un (1) gérant de classe A et d'un (1) gérant de classe B (y inclus par voie de représentation). Dans tous les cas, la Société sera valablement engagée par la seule signature de toute(s) personne(s) à qui des pouvoirs de signature ont été délégués par un ou plusieurs gérants ou, en cas de classes de gérants, par un (1) gérant de classe A et un (1) gérant de classe B, agissant ensemble "..." (*)

Organe : Conseil de gérance

Dénomination ou raison sociale : ProServices Management S. à r.l.
Numéro d'immatriculation : B 105263
Fonction : Gérant de Classe A
Siège social de la personne morale :
47, Boulevard Royal, L - 2449 Luxembourg
Durée du mandat : Indéterminée      Date de nomination : 28/02/2007
Pouvoir de signature : La société est engagée en toutes circonstances par la signature individuelle du gérant.

Nom : REID Prénom(s) : Robert
Fonction : Gérant de Classe A
Adresse privée ou professionnelle de la personne physique :
29, Bogoslovsky Pereulok, RUS - 125009 Moscou
Durée du mandat : Indéterminée      Date de nomination : 29/08/2007

Page 3/3

Nom : FORESMAN Prénom(s) : Robert
Fonction : Gérant de Classe A
Adresse privée ou professionnelle de la personne physique :
60, Brook Hollow Drive, USA - 13021 Auburn, New York
Durée du mandat : Indéterminée     Date de nomination : 29/08/2007

Nom : OLPHERT Prénom(s) : Richard
Fonction : Gérant de Classe A
Adresse privée ou professionnelle de la personne physique :
47, Secomd Line, Khoroshevsky Serebiany Bor, RUS - 123103 Moscou
Durée du mandat : Indéterminée     Date de nomination : 29/08/2007

Nom : DEITZ Prénom(s) : Richard
Fonction : Gérant de Classe B
Adresse privée ou professionnelle de la personne physique :
1/15, Kotelnicheskaya nab., RUS - 115045 Moscou
Durée du mandat : Indéterminée     Date de nomination : 29/08/2007

Nom : HELLER Prénom(s) : Benjamin
Fonction : Gérant de Classe B
Adresse privée ou professionnelle de la personne physique :
254, Warren Street, USA - 11201 Brooklyn
Durée du mandat : Indéterminée     Date de nomination : 29/08/2007

Nom : LYNCH Prénom(s) : Stephen
Fonction : Gérant de Classe C
Adresse privée ou professionnelle de la personne physique :
11/10, Letnikovskaya Ulitsa, RUS -  Moscou
Durée du mandat : Indéterminée     Date de nomination : 29/08/2007

(*) Extrait de l'inscription : Pour le détail prière de se reporter au dossier.

Pour extrait conforme (¹)

Luxembourg, le 06/10/2009

Le gestionnaire du registre de commerce et des sociétés (²)

¹ En application de l'article 21 paragraphe 2 de la loi modifiée du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises et l'article 21 du règlement grand-ducal modifié du 23 janvier 2003 portant exécution de la loi du 19 décembre 2002, le présent extrait reprend au moins la situation à jour des données communiquées au registre de commerce et des sociétés jusqu'à trois jours avant la date d'émission dudit extrait. Si une modification a été notifiée au registre de commerce et des sociétés entre temps, il se peut qu'elle n'ait pas été prise en compte lors de l'émission de l'extrait.

² Le présent extrait est établi et signé électroniquement.
Le gestionnaire du registre de commerce et des sociétés ne garantit l'authenticité de l'origine et l'intégrité des informations contenues sur le présent extrait par rapport aux informations inscrites au registre de commerce et des sociétés que si le présent extrait comporte une signature électronique émise par le gestionnaire du registre de commerce et des sociétés.

**Register of Commerce and Companies**

Luxembourg

## Excerpt

Kirwan offices S.à.r.l.

**Registration number:** B 125237
**Date of registration:** 21/03/2007

**Company name:**

Kirwan Offices S.à.r.l.

**Legal Classification:** Limited Liability Company

**Head Office:**
47, Boulevard Royal
L – 2449 Luxembourg

**Mission Statement:** The Company has as its goal the equity participation in all forms, in Luxembourg or foreign companies, as well as other commercial entities, the acquisition by purchase, subscription or acquisition in any other manner, as well as alienation by sale, exchange or any other means of stocks, bonds, receivables, securities, and other measures of value of all sorts, and the possession, administration, development, and management of its Portfolio. The company may also hold shares in other companies and exercise its activity via its subsidiaries in Luxembourg or abroad. The Company may borrow in any form and proceed through a private placement as to the issuance of bonds and other debt securities. "…" (*)

**Capital Stock / Share Capital :**

Amount: 2,500,001 USD

Share Capital: Fully Paid

**Date of Incorporation: 28/02/2007**

**Duration :**
Unlimited

**Financial year :**

As an Exception, the financial year began on 28/02/2007 and will terminate on 31/12/2007.
From: 01/01 to: 31/12

**Shareholders :**

Company name: Lapidem Limited
Legal Form: Limited
Country: Cayman Islands
Registration number: WK-193850
Name of Register: Cayman Islands Business Registry
Head Office:
87, NMary Street, KY – 1-9001 George Town, Grand Cayman
Shares held: 840,000 shares of class B1 stock
40,000 shares of class B2 stock
40,000 shares of class B3 stock
40,000 shares of class B4 stock
40,000 shares of class B5 stock

Company Name: Mascini Holdings Limited
Legal Form: Limited
Country: Cyprus
Registration number: HE 140079
Name of Register: Register of Companies of Nicosia
Head Office:
2.4, Arch Makariou III, Capital Center, CY – PC1505 Nicosia
Shares held: 1,260,000 shares of class A1 Stock
60,000 shares of class A2 Stock
60,000 shares of class A3 stock
60,000 shares of class A4 stock
60,000 shares of class A5 stock

**Manager(s)/Director(s)**
Statutory signature requirements : the Company will be bound by the individual signature of a single director, if there is only a single director, and in the case of a board of directors, by the joint signatures of two directors, it is understood, however, that if the general assembly of shareholders has named different classes of director (namely the Class A Directors and Class B directors), the Company will not be bound except by the joint signature of one (1) Class A director and one (1) Class B director (included by way of representation). In all cases, the Company will be bound by the single signature of all persons to whom the powers of signature were delegated by one or more directors or, in the case of multiple classes of directors, by one (1) Class A director and one (1) class B Director, acting together "…" (*)

Body: Board of Directors.

2

Company Name: ProServices management S.à.r.l.
Registration number: B 105263
Post: Class A Director
Head Office:
47, Boulevard Royal, L – 2449 Luxembourg
Length of office: undetermined        Date of Appointment: 28/02/2007
Signing Authority: The Company is bound in all circumstances by the individual signature of the Director

Last name: REID      First name: Robert
Post: Class A Director
Home or Work Address:
29, Bogoslovsky Pereulok, Rus – 125009 Moscou
Length of office: undetermined        Date of Appointment: 29/08/2007

Last name: FORESMAN      First name: Robert
Post: Class A Director
Home or Work Address:
60 Brook Hollow Drive, USA – 13021 Auburn, New York
Length of office: undetermined        Date of Appointment: 29/08/2007

Last name: Olphert      First name: Richard
Post: Class A Director
Home or Work Address:
47, Secomd Line, Khoroshevsky Serebiany Bor, RUS – 123103 Moscou
Length of office: undetermined        Date of Appointment: 29/08/2007

Last name: DEITZ      First name: Richard
Post: Class B Director
Home or Work Address:
1/15, Kotelnicheskaya nab., RUS – 115045 Moscou
Length of office: undetermined        Date of Appointment: 29/08/2007

Last name: HELLER  First name: Benjamin
Post: Class B Director
Home or Work Address:
254, Warren Street, USA – 11201 Brooklyn
Length of office: undetermined        Date of Appointment: 29/08/2007

Last name: LYNCH    First name: Stephen
Post: Class C Director
Home or Work Address:
11/10. Letnikovskaya Ulitsa, RUS - Moscou
Length of office: undetermined        Date of Appointment: 29/08/2007

(*) Extract from the registration: for details please refer to the file.

The Excerpt Conforms ([1])

**Luxembourg, 06/10/2009**

**The Manager of the Register of Commerce and Companies**[2]

---

[1] In applying article 21 paragraph 2 of the modified law of December 19 2002 concerning the register of commerce and of companies together with the compatibility and the financial statements of enterprises and with article 21 of the modified Grand Ducal regulation of January 23, 2003 related to the execution of the law of December 19 2002, the present excerpt depicts the situation on the day the facts were communicated to the register of commerce and of companies up until three days before the date the excerpt was issued. If a modification was notified to the register of commerce and of companies in the meantime, it could be that the modification had not been taken into account in the issuance of the excerpt.

[2] The present excerpt is created and signed electronically.

The manager of the register of commerce and of companies does not guarantee the authenticity of the origin and the integrity of the information contained in the present excerpt as to the information found in the register of commerce and of companies unless the present excerpt contains an electronic signature issued by the manager of the register of commerce and of companies.