Exhibit I

**ΤΕΞΕΕΠ** 07/10/2009    **ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ**

Αρ. Εγγραφής   'Ονομα Οργανισμού

HE 140079   MASCINI HOLDINGS LIMITED

Ημ. Εγγραφής 25/07/2003   Εξαιρούμενη ή μη Εξαιρούμενη   Ημ. Καταστ.

Καταστ. Οργ.   Εγγεγραμμένη

**Σκοποί**
Διαχείρισης κεφαλαίων και άλλα

Ετήσια Έκθεση που οφείλεται : 14/01/2006

**Διεύθυνση**

Ισχύει από :
25/07/2003

Αρχ. Μακαρίου ΙΙΙ, 2-4
CAPITAL CENTER, 9ος όροφος
Τ.Κ. 1065, Λευκωσία, Κύπρος

**Διευθυντές**

Ημερ. Διορισμού :
19/08/2003   RICHARD BRIAN OLPHERT
19/08/2003   ΓΙΩΡΓΟΣ ΠΕΛΕΚΑΝΟΣ
15/08/2008   ΣΠΥΡΟΥΛΛΑ ΠΑΠΑΗΡΑΚΛΕΟΥΣ

**Γραμματέας**

Ημερ. Διορισμού :
25/07/2003   A.T.S. SERVICES LIMITED

ΤΕΕΕΠ 07/10/2009    ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

HE 140079

Διευθυντές
ΓΙΩΡΓΟΣ ΠΕΛΕΚΑΝΟΣ

Ημερ. Διορισμού: 19/08/2003   Ημερ. Τερματισμού:    Ισχύει Από: 14/04/2005   11
Ταυτ.: 270327   Αρ. Διαβ.:   Ημερ. Γενν. 15/12/1941
Επάγγελμα: Διευθυντής Εταιρείας   Χώρα: Κύπρος
Διεύθυνση: Σταδίου, 29
Τ.Κ. 6020, Λάρνακα
Κύπρος

RICHARD BRIAN OLPHERT

Ημερ. Διορισμού: 19/08/2003   Ημερ. Τερματισμού:    Ισχύει Από: 10/04/2006   18
Ταυτ.:    Αρ. Διαβ.: M08915   Ημερ. Γενν. 30/03/1968
Επάγγελμα: Τραπεζικός Επενδυτής   Χώρα: Νέα Ζηλανδία
Διεύθυνση: Voznesensky Pereulok, 22
125009 Moscow,
Ρωσία

ΣΠΥΡΟΥΛΛΑ ΠΑΠΑΗΡΑΚΛΕΟΥΣ

Ημερ. Διορισμού: 15/08/2008   Ημερ. Τερματισμού:    Ισχύει Από: 15/08/2008   31
Ταυτ.: 813119   Αρ. Διαβ.:   Ημερ. Γενν. 12/12/1966
Επάγγελμα: Δικηγορική Υπάλληλος   Χώρα: Κύπρος
Διεύθυνση: Αρχιεπισκόπου Μακαρίου ΙΙΙ, 2-4
CAPITAL CENTER, 9ος όροφος,
Τ.Κ. 1065, Λευκωσία
Κύπρος

Γραμματέας
A.T.S. SERVICES LIMITED

Ημερ. Διορισμού: 25/07/2003   Ημερ. Τερματισμού:    Ισχύει Από: 25/07/2003   6
Ταυτ.: C 52417   Αρ. Διαβ.:   Ημερ. Γενν.:
Επάγγελμα:    Χώρα:
Διεύθυνση: Αρχ. Μακαρίου ΙΙΙ, 2-4
CAPITAL CENTER, 9ος όροφος,
Τ.Κ. 1065, Λευκωσία
Κύπρος

ΤΕΕΕΠ 07/10/2009          ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

                                                                              ΗΕ 140079

**Μετοχικό Κεφάλαιο**

01/01/2008

Ονομαστικό EUR 8.550,00 διαιρεμένο ως ακολούθως:

ΤΑΞΗΣ "Α"                          2.500 Μετοχές ονομαστικής αξίας   EUR   1,71

ΤΑΞΗΣ "Β"                          2.500 Μετοχές ονομαστικής αξίας   EUR   1,71

Εκδοθέν EUR 5.130,00 διαιρεμένο ως ακολούθως:

ΤΑΞΗΣ "Α"                          2.200 Μετοχές ονομαστικής αξίας   EUR   1,71

ΤΑΞΗΣ "Β"                            800 Μετοχές ονομαστικής αξίας   EUR   1,71

ΤΕΕΕΠ 07/10/2009    ΕΡΕΥΝΑ ΣΥΜΦΩΝΑ ΜΕ ΤΟ ΜΗΧΑΝΟΓΡΑΦΗΜΕΝΟ ΣΥΣΤΗΜΑ

ΗΕ 140079

**Μέτοχοι**

01/01/2008

**JERVIS PROPERTIES INC.**

Ταυτ.
Επάγγελμα
Διεύθυνση: Road Town
OMC CHAMBERS
P.O.Box 3152, Tortola, British Virgin Islands

Αρ. Διαβ.
Χώρα
Ημερ. Γενν. 00/00/0000

Αρ. Μετοχών
800

Τάξη (Αξία)
ΤΑΞΗΣ "B" ( EUR 1,71 )

**RENAISSANCE PARTNERS INVESTMENTS LIMITED**

Ταυτ.
Επάγγελμα
Διεύθυνση: Victoria Street, 22
CANON'S COURT
Hamilton, Βερμούδα

Αρ. Διαβ.
Χώρα
Ημερ. Γενν. 00/00/0000

Αρ. Μετοχών
2200

Τάξη (Αξία)
ΤΑΞΗΣ "A" ( EUR 1,71 )

COMPANIES REGISTRAR AND OFFICIAL RECEIVER DEPARTMENT RESEARCH BASED ON THE COMPUTERIZED SYSTEM                    (TEEEP) 10/07/2009

| Registration number | | Organization name | | |
|---|---|---|---|---|
| HE | 140079 | MASCINI HOLDINGS LIMITED | | |

| Registration number | Exempted or Non: | |
|---|---|---|
| 07/25/2003 | Exempted | |
| **Organization Status** | | Status date |
| Registered | | |

**Objectives**
Funds management etc.

**Annual Reports due**
01/14/2006

**Address**

Applicable as of:
07/25/2003

2-4 Arch. Makarios III
CAPITAL CENTER, 9th floor
P.C. 1065, Nicosia, Cyprus

**Directors**

| Appointment date: | |
|---|---|
| 08/19/2003 | RICHARD BRIAN OLPHERT |
| 08/19/2003 | GEORGIOS PELEKANOS |
| 08/15/2008 | SPYROULLA PAPAIRAKLEOUS |

**Secretary**

| Appointment date: | |
|---|---|
| 07/25/2003 | A.T.S. SERVICES LIMITED |

COMPANIES REGISTRAR AND OFFICIAL RECEIVER DEPARTMENT      (TEEEP) 10/07/2009

HE 140079

**Directors**
**GEORGIOS PELEKANOS**

| | | | | |
|---|---|---|---|---|
| Appointment date | 08/19/2003 | Termination date: | Applicable as of: 04/14/2005 | 11 |
| State ID no. | 270327 | Passport no. | Date of birth: | 12/15/1941 |
| Occupation | Company Director | Country | Cyprus | |
| Address | 29 Stadiou St. | | | |
| | P.C. 6020, Larnaca | | | |
| | Cyprus | | | |

**RICHARD BRIAN OLPHERT**

| | | | | |
|---|---|---|---|---|
| Appointment date | 08/19/2003 | Termination date: | Applicable as of: 04/10/2006 | 18 |
| State ID no. | | Passport no. M08915 | Date of birth: | 03/30/1968 |
| Occupation | Banking Investor | Country | New Zealand | |
| Address | Voznesensky Pereulok, 22 | | | |
| | 125009 Moscow, | | | |
| | Russia | | | |

**SPYROULLA PAPAIRAKLEOUS**

| | | | | |
|---|---|---|---|---|
| Appointment date | 08/15/2008 | Termination date: | Applicable as of: 08/15/2008 | 31 |
| State ID no. | 813119 | Passport no. | Date of birth: | 12/12/1966 |
| Occupation | Law Firm Employee | Country | Cyprus | |
| Address | 2-4 Archbishop Makarios III | | | |
| | CAPITAL CENTER, 9th floor, | | | |
| | P.C. 1065, Nicosia | | | |
| | Cyprus | | | |

**Secretary**
**AT.S. SERVICES LIMITED**

| | | | | |
|---|---|---|---|---|
| Appointment date | 07/25/2003 | Termination date: | Applicable as of: 07/25/2003 | 6 |
| State ID no. | C 52417 | Passport no. | Date of birth: | |
| Occupation | | Country | | |
| Address | 2-4 Archbishop Makarios III | | | |
| | CAPITAL CENTER, 9th floor, | | | |
| | P.C. 1065, Nicosia | | | |
| | Cyprus | | | |

(TEEEP) 10/07/2009

HE 140079

# COMPANIES REGISTRAR AND OFFICIAL RECEIVER DEPARTMENT

## Capital Stock

01/01/2008

**Registered Capital EUR 8,550.00, divided as follows:**

CLASS "A"  2,500 Shares, with nominal value EUR 1.71

CLASS "B"  2,500 Shares, with nominal value EUR 1.71

**Authorized Capital EUR 5,130.00, divided as follows:**

CLASS "A"  2,200 Shares, with nominal value EUR 1.71

CLASS "B"  800 Shares, with nominal value EUR 1.71

(TEEEP) 10/07/2009

HE 140079

## COMPANIES REGISTRAR AND OFFICIAL RECEIVER DEPARTMENT

**Shareholders**

01/01/2008

### JERVIS PROPERTIES INC.

| State ID no. | | Passport no. | | Date of birth: | 00/00/0000 |

Occupation

Address: Road Town
OMC CHAMBERS
P.O. Box 3152, Tortola, British Virgin Islands

Country

Number of Shares
800

Class (Value)
CLASS "B" (EUR 1.71)

### RENAISSANCE PARTNERS INVESTMENTS LIMITED

| State ID no. | | Passport no. | | Date of birth: | 00/00/0000 |

Occupation

Address: Victoria Street, 22
CANON'S COURT
Hamilton, Bermuda

Country

Number of Shares
2200

Class (Value)
CLASS "A" (EUR 1.71)