Exhibit M

3530843

**Rosneft International Limited**

Directors' report and financial statements for the year ended 31 December 2007

**DIRECTORS' REPORT**
**for the year ended 31 December 2007 (Continued)**

*STATEMENT OF DIRECTORS' RESPONSIBILITIES IN RESPECT OF THE FINANCIAL STATEMENTS*

The directors are responsible for preparing the Annual Report and the financial statements in accordance with applicable Irish law and Generally Accepted Accounting Practice in Ireland including the accounting standards issued by Accounting Standards Board and promulgated by the Institute of Chartered Accountants in Ireland.

Company Law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the Company and of the profit or loss of the Company for that period. In preparing these financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgments and estimates that are reasonable and prudent; and
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Company will continue in business.

The directors are responsible for keeping proper books of account that disclose with responsible accuracy at any time the financial position of the Company and enable them to ensure that the financial statements comply with the Companies Acts, 1963 to 2006. They are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

*AUDITORS*

Moore Stephens & Co, Chartered Accountants, resigned as auditors during the year. Ernst & Young, Chartered Accountants, were appointed as auditors and have expressed their willingness to continue in office in accordance with Section 160(2) of the Companies Act, 1963.

On behalf of the Directors

Directors

11 February 2009



ERNST & YOUNG

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF ROSNEFT INTERNATIONAL LIMITED**

We have audited the financial statements of Rosneft International Limited for the year ended 31 December 2007 which comprise the Profit and Loss Account, Balance Sheet and the related notes 1 to 15. These financial statements have been prepared under the accounting policies set out therein.

This report is made solely to the company's members, as a body, in accordance with section 193 of the Companies Act, 1990. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditors' report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the Company and the Company's members as a body, for our audit work, for this report, or for the opinions we have formed.

***Respective responsibilities of directors and auditors***

The directors are responsible for the preparation of the financial statements in accordance with applicable Irish law and Accounting Standards issued by the Accounting Standards Board and promulgated by the Institute of Chartered Accountants in Ireland (Generally Accepted Accounting Practice in Ireland) as set out in the Statement of Directors' Responsibilities.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and International Standards on Auditing (UK and Ireland).

We report to you our opinion as to whether the financial statements give a true and fair view and are properly prepared in accordance with the Companies Acts, 1963 to 2006. We also report to you our opinion as to: whether proper books of account have been kept by the Company; whether, at the balance sheet date, there exists a financial situation which may require the convening of an extraordinary general meeting of the Company; and whether the information given in the Directors' Report is consistent with the financial statements. In addition, we state whether we have obtained all the information and explanations necessary for the purposes of our audit and whether the financial statements are in agreement with the books of account.

We also report to you if, in our opinion, any information specified by law regarding directors' remuneration and other transactions is not disclosed and, where practicable, include such information in our report.

We read the Directors' Report and consider the implications for our report if we become aware of any apparent misstatements within it.

***Basis of audit opinion***

We conducted our audit in accordance with International Standards on Auditing (UK and Ireland) issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgments made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the company's circumstances, consistently applied and adequately disclosed.

*Continued/...*



ERNST & YOUNG

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF ROSNEFT INTERNATIONAL LIMITED (Continued)**

***Basis of audit opinion (Continued)***
We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

***Adverse opinion***
As more fully explained in note 1(b), consolidated financial statements have not been prepared incorporating the Company's subsidiaries. This is not in accordance with Regulation 5 of the European Communities (Companies: Group Accounts) Regulations, 1992 and FRS 2 Accounting for Subsidiary Undertakings, which require the preparation of consolidated financial statements where a company has subsidiary undertakings and cannot avail of an exemption from preparing consolidated financial statements. As the Company is an EU parent undertaking, it is required to prepare consolidated financial statements incorporating its subsidiary undertakings.

In view of the effect of the failure to consolidate the Company's subsidiaries, in our opinion the financial statements do not give a true and fair view, in accordance with Generally Accepted Accounting Practice in Ireland, of the state of affairs of the Company and its subsidiaries as a group as at 31 December 2007 and of its results for the year then ended. The financial statements give a true and fair view of the state of affairs of the Company as a single entity as at 31 December 2007 and of the profit for the year then ended.

Except for the failure to prepare group financial statements, in our opinion the financial statements have been properly prepared in accordance with the Companies Acts, 1963 to 2006.

We have obtained all the information and explanations we consider necessary for the purposes of our audit. In our opinion proper books of account have been kept by the Company. The financial statements are in agreement with the books of account.

In our opinion the information given in the Directors' Report is consistent with the financial statements.

In our opinion, the balance sheet does not disclose a financial situation which under Section 40(1) of the Companies (Amendment) Act, 1983 would require the convening of an extraordinary general meeting of the Company.

Ernst + Young

Ernst & Young
Chartered Accountants and Registered Auditors

Dublin

13 February 2009

**ROSNEFT INTERNATIONAL LIMITED**

**PROFIT AND LOSS ACCOUNT**
**for the year ended 31 December 2007**

| | *Notes* | *2007 US$000* | *2006 US$000* |
|---|---|---|---|
| Other income | | 589 | 423 |
| Operating expenses | | (1,470) | (2,818) |
| Operating loss – continuing operations | | (881) | (2,395) |
| Interest receivable and similar income | 5 | 20,113 | 3,245 |
| Interest payable and similar charges | | (3) | (2) |
| Profit on ordinary activities before taxation | 3 | 19,229 | 848 |
| Tax on profit on ordinary activities | 12 | (5,236) | (363) |
| Profit for the financial year | | 13,993 | 485 |

There are no recognised gains or losses in either period other then those included in the profit and loss account.

Approved by the Board on 11 February 2009

Directors

**ROSNEFT INTERNATIONAL LIMITED**

**BALANCE SHEET**
**at 31 December 2007**

| | Notes | *2007* *US$000* | *2006* *US$000* |
|---|---|---|---|
| FIXED ASSETS | | | |
| Investments | 6 | 205,737 | 129 |
| CURRENT ASSETS | | | |
| Investments (falling due within one year) | 6 | - | 120,038 |
| Debtors | 7 | 337,149 | 161,184 |
| Cash at bank and in hand | | 19,635 | 60,781 |
| | | 356,784 | 342,003 |
| CREDITORS (amounts falling due within one year) | | | |
| Other creditors | 8 | 6,054 | 440 |
| Intercompany loans | 9 | 293,266 | 159,600 |
| | | 299,320 | 160,040 |
| NET CURRENT ASSETS | | 57,464 | 181,963 |
| TOTAL ASSETS LESS CURRENT LIABILITIES | | 263,201 | 182,092 |
| CREDITORS (amounts falling due after one year) | | | |
| Intercompany loans | 9 | 249,527 | 182,411 |
| NET ASSET (LIABILITIES) | | 13,674 | (319) |
| CAPITAL AND RESERVES | | | |
| Called up share capital | 10 | 15 | 15 |
| Profit and loss account | 11 | 13,659 | (334) |
| Shareholders' funds (deficit) | | 13,674 | (319) |

Approved by the Board on 11 February 2009

Directors

6. INVESTMENTS

| | *2007 US$000* | *2006 US$000* |
|---|---|---|
| Unlisted subsidiary undertakings (a) | 97,083 | 81 |
| Unlisted joint ventures (b) | 108,654 | 48 |
| | 205,737 | 129 |
| Other investments (c) | - | 120,038 |
| | 205,737 | 120,167 |

(a) Subsidiary undertakings

| | *2007 US$000* | *2006 US$000* |
|---|---|---|
| Cost at the beginning of the year | 81 | 81 |
| Additions for the year | 97,002 | - |
| Cost at the end of the year | 97,083 | 81 |

In the opinion of the directors, investments in subsidiary undertakings are worth at least the amount at which it is stated in the balance sheet.

| *Name of company* | *Activity* | *Country of incorporation/ registration* | *Holding 2007* | *Holding 2006* |
|---|---|---|---|---|
| Shelf Support Shiphold Limited | Owner of aircraft | Cyprus | 100% | 100% |
| Skyline Asset Management Limited | Operation of aircraft | BVI | 100% | 100% |
| Rosneft Shipping Limited | Construction | Cyprus | 100% | 100% |
| Rosneft Investments Limited | Holding company | Jersey | 100% | 100% |
| Trumpet Limited | Oil and oil products trading | Ireland | 100% | 100% |
| RN Vankor BV | Holding company | Netherlands | 100% | 100% |
| Rubio Holdings Limited | Construction | Cyprus | 100% | 100% |
| Rosneft Holdings Limited S.A. | Dormant | Luxembourg | 100% | 100% |
| OJSC SP Antares | Oil products trading | Russia | 100% | - |
| Oxoil Limited | Oil products trading | Cyprus | 100% | - |

Shelf Support Shiphold Limited is a wholly owned subsidiary registered in Cyprus and was incorporated on 12 November 1997. The company acts as an intermediary between Skyline Asset Management Limited ('Skyline') and parent company OJSC Rosneft Oil Company.

6. INVESTMENTS (Continued)

(b) Joint ventures (Continued)

JSC Vlakra - the Company acquired 50% of the ordinary shares in JSC Vlakra for US$108 million on 28 June 2007. The principal activity is the lease out of real estate in Moscow.

Venin Holding Limited – Rosneft and Sinopec signed a Shareholder and Operating Agreement related to their joint work in exploring and developing the Veninsky block of fields on the shelf of Sakhalin Island (Sahkalin-3 project). The Company and Sinopec Overseas Oil and Gas Limited own Venin Holding Limited. Venin Holding Limited in turn is the sole shareholder of Venineft LLC, the license holder and operator of the Sakhalin-3 project. Rosneft International Limited has a 74.9% stake, with the remaining 25.1% owned by Sinopec. Venin Holding Limited is a joint venture under the joint control of Rosneft International Limited and Sinopec.

PetroChina-Rosneft Orient Petrochemical Company – In November 2006, Rosneft International Limited and JSC PetroChina agreed to create a joint venture in China. The principal activity of this joint venture is the purchase and sale of crude oil, whole and retail sale of oil products and production of petrochemicals. The Company invested US$198,000. Both parties plan to build an oil refinery and to build and exploit a chain of petroleum stations.

(c) Other investments

| | *2007* *US$000* | *2006* *US$000* |
|---|---|---|
| Unlisted debt securities | – | 120,038 |

7. DEBTORS (amounts falling due within one year)

| | *2007* *US$000* | *2006* *US$000* |
|---|---|---|
| Due from subsidiary undertakings | 152,686 | 114,536 |
| Due from related parties | 184,255 | 46,648 |
| Other debtors | 208 | – |
| | 337,149 | 161,184 |

MOORE STEPHENS




ROSNEFT INTERNATIONAL LIMITED

CONSOLIDATED FINANCIAL STATEMENTS
AND AUDITORS' REPORT

31 DECEMBER 2006



**Report of the Directors (Continued)**

**Accounting records**

The directors are responsible for ensuring that proper books and accounting records are kept by the Company as required by Section 202 Companies Act, 1990.

The directors believe that they have complied with this requirement by providing adequate resources to maintain proper books and accounting records including the appointment of personnel with appropriate experience and expertise.

The books of account of the Company are available at Caplin Meehan House, Blackhall Green, Blackhall Place, Dublin 7, Ireland.

**Auditors**

The auditors, Moore Stephens & Co, have indicated their willingness to continue in office in accordance with Section 160(2), Companies Act 1963.

By Order of the Board

**Rosneft International Limited**

## Statement of Directors' Responsibilities

The directors are responsible for preparing the Annual Report and the financial statements in accordance with applicable Irish law and Generally Accepted Practice in Ireland including the accounting standards issued by the Accounting Standards Board and published by the Institute of Chartered Accountants in Ireland.

Irish Company Law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the Company and of the profit or loss of the Company for that period. In preparing those financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and estimates that are reasonable and prudent;
- state whether applicable accounting standards have been followed, subject to any material departures and explained in the financial statements;
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the Company will continue in business.

The directors confirm that they have complied with the above requirements in preparing the financial statements.

The directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the Company and enable them to ensure that the financial statements are prepared in accordance with accounting standards generally accepted in Ireland and with Irish statute comprising the Companies Acts 1963 to 2006 and the European Communities (Companies Group Accounts) Regulations, 1992. They are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

for and on behalf of the Board of Directors

**Report of the Auditors to the Members of Rosneft International Limited**

We have audited the group and parent company financial statements (the "financial statements") of Rosneft International Limited for the year ended 31 December 2006 which comprise the Group Profit and Loss Account, the Group Balance Sheet, The Company Balance Sheet, The Group Cash Flow Statement and the related notes on pages 10 to 30 which have been prepared under the historical cost convention and the accounting policies set out on pages 10 and 11.

**Respective Responsibilities of Directors and Auditors**

The directors' responsibilities for preparing the Annual Report and the financial statements in accordance with applicable law and Irish Accounting Standards issued by the Accounting Standards Board and promulgated by the Institute of Chartered Accountants in Ireland (Generally Accepted Accounting Practice in Ireland) are set out in the Statement of Directors' Responsibilities.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and International Standards on Auditing (UK and Ireland).

This report is made solely to the Company's members as a body, in accordance with Section 193, Companies Act 1990. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the Company and Company's members as a body, for our audit work, for this report, or for the opinions we have formed.

We report to you our opinion as to whether the financial statements give a true and fair view, in accordance with Generally Accepted Accounting Practice in Ireland, and are properly prepared in accordance with the Companies Acts 1963 to 2006 and the European Communities (Companies: Group Accounts) Regulations, 1992. We also report to you whether in our opinion: proper books of account have been kept by the Company; whether, at the balance sheet date, there existed a financial situation requiring the convening of an extraordinary general meeting of the company; and whether the information given in the Directors' Report is consistent with the financial statements. In addition, we state whether we have obtained all the information and explanations necessary for the purposes of our audit and whether the Company's balance sheet is in agreement with the books of account.

We report to the shareholders if, in our opinion, any information specified by law regarding directors' remuneration and directors' transactions is not given and, where practicable, include such information in our report.

We read the Directors' Report and consider the implications for our report if we become aware of any apparent misstatement within it.

**Basis of Audit Opinion**

We conducted our audit in accordance with International Standards on Auditing (UK and Ireland) issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the group's and Company's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

**Report of the Auditors to the Members of Rosneft International Limited**

**Opinion**

In our opinion, the financial statements give a true and fair view in accordance with Generally Accepted Accounting Practice in Ireland, of the state of the Group's and the Company's affairs at 31 December 2006 and of the Group's result for the year then ended and have been properly prepared in accordance with the requirements of the Companies Acts, 1963 to 2005 and the European Communities (Companies: Group Accounts) Regulations, 1992.

We have obtained all the information and explanations that we considered necessary for the purpose of our audit.

In our opinion, proper books of account have been kept by the Company. The company's financial statements are in agreement with the books of account.

In our opinion, the information given in the Report of the Directors on pages 1 to 2 is consistent with the financial statements.

As shown in the balance sheet on page 6, the net assets of the company are less than half the amount of its called up share capital and in our opinion on that basis there did exist at 31 December 2006 a financial situation which, under Section 40(1) of the Companies (Amendment) Act 1983, would require the convening of an extraordinary general meeting of the Company.

**Emphasis of matter – Going concern**

In forming our opinion, which is not qualified, we have considered the adequacy of the disclosures made in note 1(a) to the financial statements concerning the company's and the group's ability to continue as going concerns. The group incurred a net loss of U.S.$191,116,000 during the year ended 31 December 2006 and, at that date, the company's and the group's total liabilities exceeded its total assets by U.S.$319,000 and U.S.$105,875,000, respectively. However, the directors believe that the company and the group are going concerns since, as set out in note 1(a), the principal creditor is the ultimate holding company, which has undertaken not to seek repayment of the amount due until the finances of the company permit.

Moore Stephens & Co

MOORE STEPHENS & CO

Registered Auditor
Chartered Accountants

St. Paul's House
Warwick Lane, London
EC4M 7BP

28 February 2008

MOORE STEPHENS

**Rosneft International Limited**
**Balance Sheets – 31 December 2006**
**(Expressed in U.S. dollars thousands)**

| | Note | Group 2006 | Group 2005 | Company 2006 | Company 2005 |
|---|---|---|---|---|---|
| **Fixed assets** | | | | | |
| Tangible fixed assets | 6 | 59,681 | 40,035 | - | - |
| Oil and gas expenditure | 7 | 802,714 | 267,822 | - | - |
| Investments | 8 | - | - | 129 | 75 |
| Other fixed assets | 9 | 305,107 | 17,891 | 46,648 | - |
| | | 1,167,502 | 325,748 | 46,777 | 75 |
| **Current assets** | | | | | |
| Stocks | 10 | 83,198 | 89,900 | - | - |
| Investments | 11 | 120,038 | - | 120,038 | - |
| Debtors | 12 | 269,296 | 119,013 | 114,536 | 111,401 |
| Cash at bank and in hand | 13 | 82,504 | 127,715 | 60,781 | 100,759 |
| | | 555,036 | 336,628 | 295,355 | 212,160 |
| **Creditors, amounts falling due within one year** | | | | | |
| Accounts payable | 14 | 259,038 | 60,936 | 440 | 230 |
| Short term loans | 15 | 174,600 | 23,521 | 159,600 | - |
| Short term element of finance agreement | 16 | 3,701 | 3,701 | - | - |
| | | 437,339 | 88,158 | 160,040 | 230 |
| **Net current assets** | | 117,697 | 248,470 | 135,315 | 211,930 |
| **Total assets less current liabilities** | | 1,285,199 | 574,218 | 182,092 | 212,005 |
| **Creditors, amounts falling due after one year** | | | | | |
| Long term loans | 15 | 1,376,243 | 473,166 | 182,411 | 212,809 |
| Long term element of finance agreement | 16 | 8,328 | 12,029 | - | - |
| Investments | 8 | 6,503 | 3,782 | - | - |
| | | 1,391,074 | 488,977 | 182,411 | 212,809 |
| **Net (liabilities)/assets** | | (105,875) | 85,241 | (319) | (804) |
| **Equity shareholder's funds** | | | | | |
| Called up share capital | 17 | 15 | 15 | 15 | 15 |
| Profit and loss account | 18 | (105,890) | 85,226 | (334) | (819) |
| Shareholder's funds | | (105,875) | 85,241 | (319) | (804) |

The financial statements were approved by the Board on 25/ 1 / 2008 and signed on its behalf by

The notes on pages 10 to 30 form part of these financial statements.

## 11. Investments

| | Group | | Company | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| At cost | 120,000 | - | 120,000 | - |
| Accrued interest | 38 | - | 38 | - |
| | 120,038 | - | 120,038 | - |

Investments relates to short term investments made by Renaissance Capital Investment Management Limited on behalf of the Group to unquoted companies. These investments bear interest at 7% to 14% per annum.

As disclosed in note 1 (k), investments are valued at the lower of cost and market value. The market vale of these investments at 31 December 2006 amounted to US$123,525,411 based on the valuation performed by Renaissance Capital.

## 12. Debtors, falling due within one year

| | Group | | Company | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| Trade debtors | - | 81,644 | - | - |
| Other debtors and prepayments | 12,039 | 2,796 | - | - |
| Fixed assets prepayments | 134,593 | - | - | - |
| Tax receivable | - | 19 | - | - |
| Due from ultimate holding company | 117,725 | 620 | - | - |
| Due from related parties | 4,939 | 33,934 | - | 48,563 |
| Due from subsidiaries | - | - | 114,536 | 62,838 |
| Total debtors | 269,296 | 119,013 | 114,536 | 111,401 |

Trade debtors relate to sale of oil by Trumpet Limited for Rosneft Oil. In 2006, Trumpet Limited operated on a prepayment basis for its customers and therefore there are no trade debtors at 31 December 2006.

Fixed assets prepayments relate to advance payments to suppliers for the construction of facilities at the Vankor and North Vankor oil fields totalling US$241,329,019 (2005: US$ nil), of which US$106,735,870 is included in amount due from ultimate holding company.

Amounts due from related parties consist of balances due from subsidiary companies of JSC Rosneft Oil Company.